# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00222-CR

**Jonathan Effinger, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### NO. CR-22-1930-E, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jonathan Effinger, proceeding pro se, seeks to appeal a judgment of conviction for the offense of sexual assault of a child. The district court has certified that this is a plea-bargain case and that Effinger has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: April 19, 2024

Do Not Publish